```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Ricky Mott,

                        Debtor and Appellant,

        -against-

RGN-NEW YORK XXX, LLC by its agent Regus
Management Group, LLC,

                        Appellee.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/16/2025_

25 Civ. 1349 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated March 25, 2025, the Court dismissed the appeal filed by Debtor and Appellant *pro se*, Ricky Mott. ECF No. 9. On April 14, 2025, Mott filed a motion stylized as a request for leave to appeal to the United States Court of Appeals for the Second Circuit. ECF No. 11. He also filed a notice of appeal. ECF No. 10.

The Court construes Mott's request as a motion under 28 U.S.C. § 158(d)(2)(A) for an order certifying this action for appeal. The motion is denied. First, Mott has not indicated that he has sought or been granted leave from the Bankruptcy Court to proceed with this action, as required by the filing injunction the Court described in its previous order. *See* ECF No. 9 at 1; *see generally* ECF No. 11. Second, the Court's order denying Mott's appeal does not "involve[] a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States"; it does not "involve[] a matter of public importance" or "a question of law requiring resolution of conflicting decisions"; and an immediate appeal will not "materially advance the progress of the case." 28 U.S.C. § 158(d)(2)(A)(i)–(iii).

Accordingly, Mott's motion, ECF No. 11, is DENIED. The Court certifies that any future filings by Mott on this docket will not be made in good faith and may be summarily denied on that basis alone. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11 and mail a copy of this order to Mott *pro se*.

SO ORDERED.

Dated: April 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge